# EXHIBIT C

CUYAHOGA COUNTY RECORDER
PATRICK J. O'MALLEY
RELA 12/28/2005 11:13:40 AM
200512280113

## ASSIGNMENT OF REAL ESTATE MORTGAGE

KNOW ALL MEN BY THESE PRESENTS, that FIRST PLACE BANK, organized and existing under and by virtue of the laws of the State of Ohio, party of the first part, for and in consideration of the sum of ONE DOLLAR, and other valuable consideration, lawful money of the UNITED STATES of AMERICA, to it paid by U.S. Bank, N.A., 17500 Rockside Road, Bedford, OH 44146, party of the second part, the receipt whereof is hereby acknowledged, has sold, assigned and transferred, and does hereby sell, assign and transfer to the said party of the second part, all the right, title, and interest of the said party of the first part in and to a certain real estate mortgage, dated the 22nd day of December 2005 A.D., 2005, made by JASON J ROLOFF, UNMARRIED, and recorded in the office of the County Recorder for the County of Cuyahoga, State of Ohio, in Instrument Number 2005/2280112 on the 28th day of December, 2005.

IN WITNESS WHEREOF, said party of the first part has caused these presents to be signed by its Sr. Vice-President on this day, December 23rd 2005

FIRST PLACE BANK

By: _____
Timothy B. Atkinson, Sr. Vice-President

STATE OF OHIO  )
COUNTY OF CUYAHOGA ) SS

On December 23, 2005 before me, appeared Timothy B. Atkinson to me personally known, who, being by me duly sworn, did for himself say that he is Sr. Vice-President of FIRST PLACE BANK, named in and which executed the within instrument and said instrument was signed in behalf of and by authority of its Board of Directors, and said officer acknowledged and signed said instrument to be his free act and deed and the free act and deed of FIRST PLACE BANK.

In Testimony Whereof, I have hereunto set my hand and official seal at North Olmsted, Ohio, on this day, December 23, 2005

Notary Public Roberta Pirpak

My commission expires: 7-13-08

ROBERTA TIRPAK
Notary Public, State of Ohio
My Commission Expires
July 13, 2008

This instrument prepared by:
FIRST PLACE BANK
25000 Country Club Blvd
Suite 200
N. Olmsted, OH 44070

CUYAHOGA COUNTY RECORDER
200512280113 PAGE 1 of 2

# EXHIBIT "A"

## LEGAL DESCRIPTION

File Number: 2005-S0666

Situated in the City of Parma Heights, County of Cuyahoga and State of Ohio:

And known as being Sublot No. 629 in The Precision Housing Corporation's Ridgewood Park Subdivision No. 12 of part of Original Parma Township Lot No. 2, Ely Tract, as shown by the recorded plat in Volume 150 of Maps, Page 30 of Cuyahoga County Records, and being 60 feet front on the Southeasterly side of Springwood Road, and extending back 131.09 feet on the Northeasterly line, 133.50 feet on the Southwesterly line, and having a rear line of 60.05 feet, as appears by said plat, be same more or less, but subject to all legal highways.

Permanent Parcel #: 472-16-064
Property Address: 6419 Springwood, Parma, OH 44130

Subject to and together with all easements, restrictions, and legal highways, if any, of record.

© StreamLine Legal Description - Exhibit "A" Rev. 7/8/2005 10:33 AM

CUYAHOGA COUNTY RECORDER
200512280113  PAGE 2 of 2