**EXHIBIT D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | Case No. 08-19245 |
| Jason J. Roloff | Chapter 13 |
| | Judge Harris |
| Debtor | |

**RELIEF FROM STAY/ADEQUATE PROTECTION EXHIBIT AND WORKSHEET**

Total indebtedness of debtor(s) on date
of filing this Motion on June 1, 2009:          $115,291.59

     Principal                $111,015.37
     Interest                 $4,276.22 (per date rate $15.66)
     Other Charges[1]         $0

         SUBTOTAL INDEBTEDNESS:                   $115,291.59

Less:     CREDITS DUE DEBTOR(S):                     $0
            TOTAL INDEBTEDNESS:                      $115,291.59

Arrearages:
     Before date of filing       $7,661.35
     After date of filing[2]      $2,830.31 (consists of three
                                             payments at $961.31 each from
                                             April 2009 through June 2009,
                                             together with two late charges
                                             at $31.57 each from April 2009
                                             and May 2009, less debtor's
                                             suspense balance of $116.76,
                                             as of June 1, 2009)

     TOTAL ARREARAGE                                      $10,491.66

**No amount stated in this worksheet is intended as a payoff statement or reinstatement figure.**

---

[1] For Chapter 13 cases, an itemization is attached.
[2] For Chapter 13 cases, a post-petition payment history is attached.

LOAN DATA:

| | |
|---|---|
| Date of Loan: | December 22, 2005 |
| Face Amount of Loan: | $115,640.00 |
| (Principal/Cash Price): | $unknown |
| Current Interest Rate | 5.150% |
| Monthly Payment Amount: | $961.31 |
| No. of Payments Due: | 3 |
| Date of Last Payment: | May 13, 2009 |

COLLATERAL FOR THE LOAN IS:

First mortgage on real estate located at 6419 Springwood Road
Parma Heights, OH 44130.

Estimated Market Value of Collateral:

    At time of Loan:     $unknown
    At time of this hearing: $123,200.00
    Source of Valuation:    Cuyahoga County Auditor's Records

Did Movant make this Loan? No[3]

This Exhibit and Worksheet was prepared by:


/s/ Michael R. Proctor
Michael R. Proctor
Ohio Supreme Court #0076240
(513) 241-3100 x-3224

LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
Romi T. Fox, Attorney
Bar Registration #0037174
P.O. Box 5480
Cincinnati, Ohio  45201-5480
(513) 354-6464 fax
nohbk@lsrlaw.com

---

[3] If no, a history of each transfer from the original lender is attached.

```
BNKH  ▓▓▓▓▓▓▓▓        MMYY BANKRUPTCY HIST  CH 13   INV     05/28/09 15:19:09
JJ ROLOFF        DUE 10/01/08  PMT        961.31  TYPE CONV-PMI
6419 SPRINGWOOD RD           PARMA HEIGHTS OH 44130
----------------------------------------------------------------PRO FZP ----
ACT     DATE        AMOUNT      DUE DATE

        12/17/08      962.00    12/01/08  1 POST-PET PMTS/121108/000000000001427
        12/10/08                          PROC CHANGE TO CBN
        12/02/08                          BNK ADDED CHAP 13 PROC BAK
```

```
BNKH  9█████████    ____ MMYY BANKRUPTCY HIST  CH 13   INV      05/28/09 15:19:09
JJ ROLOFF      DUE 10/01/08  PMT       961.31  TYPE CONV-PMI
6419 SPRINGWOOD RD          PARMA HEIGHTS OH 44130
----------------------------* PF8 FOR MORE HIST *----------------PRO FZP ----
ACT    DATE       AMOUNT    DUE DATE

       05/21/09                         MOTION FOR RELIEF REQUESTED
       05/21/09       74.45   07/01/09  TO TRUSTEE SUSPE/043009/000000001142960
       05/13/09                         EFF DATE 05/12/09
       05/13/09       38.69             TO DEBTOR SUSPENSE
       05/13/09     1000.00   03/01/09  1 POST-PET PMTS/050109/000000000001470
       04/21/09       10.91   06/01/09  TO TRUSTEE SUSPE/033109/000000001137293
       04/08/09                         PROC CHANGE TO FZP
       04/07/09                         EFF DATE 04/03/09
       04/07/09       38.69             TO DEBTOR SUSPENSE
       04/07/09     1000.00   02/01/09  1 POST-PET PMTS/031909/000000000001452
       03/20/09      274.79   05/01/09  TO TRUSTEE SUSPE/022709/000000001131408
       02/24/09                         EFF DATE 02/23/09
       02/24/09       38.69             TO DEBTOR SUSPENSE
       02/24/09     1000.00   01/01/09  1 POST-PET PMTS/021509/000000000001446
       12/17/08                         EFF DATE 12/16/08
       12/17/08         .69             TO DEBTOR SUSPENSE
```

## TRANSFER HISTORY

1- On December 22, 2005, the Debtor executed a promissory Note to First Place Bank.

2- To secure payment of the Note and performance of the other terms contained in it, the Debtor executed a Mortgage from First Place Bank dated December 22, 2005.

3- The Note was transferred from First Place Bank to U.S. Bank N.A. via an endorsement of Note.

4- The Mortgage was transferred to U.S. Bank N.A. as evidenced by the assignment of Mortgage recorded on December 28, 2005.